UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | District Court No.: CV 09-6408 ODW<br>Bankruptcy Court No.: 2:07-bk-19573-BB<br>Adversary No.: None | Date | February 24, 2011 |
|---|---|---|---|
| Title | In Re: Robert Bane Ltd., Inc.<br>*Sorayama v. Frazer* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**   Order to Show Cause Re Settlement

The Court is in receipt of the Notice of Pending Mediation & Prospective Settlement [11] filed February 17, 2011. The Court orders the parties to show cause why settlement has not been finalized and sets a hearing on the matter for Monday, March 28, 2011 at 1:30 p.m.

The OSC hearing will be vacated upon receipt by the Court of a stipulation and proposed order of dismissal. If settlement is not reached, the parties may file a status report with the Court requesting that the Court proceed with this action.

IT IS SO ORDERED.

|  | : | 00 |
|---|---|---|
|  | Initials of Preparer | RGN |